UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS,

                Plaintiff,        23-cv-6249 (JGK)

    - against -             ORDER

ZIPR MOBILITY LLC,

                Defendant.

**JOHN G. KOELTL, District Judge:**

    The time for the defendant to answer was September 12, 2023. ECF No. 9. To date, no answer has been filed.

    The time for the defendant to answer or respond to the petition is extended to **September 26, 2023.** If the defendant fails to respond to the complaint by that date, a default may be entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           September 20, 2023

                                          John G. Koeltl
                                  United States District Judge