UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MILTON WILLIAMS,                          23-cv-6249 (JGK)

            Plaintiff,             ORDER

    - against -

ZIPR MOBILITY LLC,

            Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 11, 2023.

SO ORDERED.

Dated:    New York, New York
          September 27, 2023

                                      _____
                                         John G. Koeltl
                                  United States District Judge