UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILTON WILLIAMS,

                Plaintiff(s)

                                                                          23 civ 6249 (JGK)

            -against-

ZIPR MOBILITY, LLC,

                Defendant(s).
-----------------------------------------------------------------X

## ORDER

A scheduling order having been entered on October 23, 2023,

The conference scheduled for November 14, 2023 is canceled.

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 8, 2023